an action to recover a balance alleged to be due for goods sold and delivered by plaintiffs' assignor to the defendant. The following rulings upon questions of law were relied upon to secure a reversal of the judgment: *First.* The refusal of the court to dismiss the complaint upon the ground of variance between the contract pleaded and the one disclosed by the evidence. *Second.* The ruling that the letter of November 17, 1907, as orally renewed on November 8, 1910, and as practically construed and acted upon by the parties for many years, did not constitute a valid and binding contract between the plaintiffs' assignor and the defendant, at least in so far as the same was performed by both parties. *Third.* The failure of the court to allow the defendant a discount of two per cent from the amount of the plaintiffs' claim.

*Cyril F. Dos Passos* for appellant.

*Henry Necarsulmer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN and CRANE, JJ. Not sitting: CARDOZO, J.

---

GEORGE J. TOMANEY, Respondent, *v.* THE HUMPHREY GAS PUMP COMPANY, Appellant.

*Tomaney* v. *Humphrey Gas Pump Co.,* 164 App. Div. 912, affirmed.

(Argued March 22, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Plaintiff was injured through the explosion of an engine

46

or pump at defendant's plant while he was engaged in his work. The answer, after admitting the jurisdictional allegations and that plaintiff was injured, contains in substance a denial of the other allegations of the complaint and sets up the defenses of contributory negligence, negligence of persons for whose negligence defendant was not responsible and assumed risk.

*Nathan L. Miller* for appellant.

*Ray B. Smith* and *Carl E. Dorr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ. Not voting: HISCOCK, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDREA GRAFFEO, Appellant.

*People* v. *Graffeo*, 172 App. Div. 694, affirmed.
(Submitted March 22, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1916, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of endangering life by maliciously placing an explosive near a building.

*William S. Butler* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.